UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------x
| | |
|---|---|
| THE CIT GROUP | : CIVIL ACTION NO. 04-cv-751 |
| Plaintiff, | : |
| v. | : |
| M/Y ESCAPE HATCH, O.N. 1074877, its engines, tackle, apparel, freights, etc. | : |
| Defendant in rem, | : |
| and | : |
| JOHN W. HATCH | : |
| Defendant in personam, | : IN ADMIRALTY |
---------------------------------------------------------------x

## STIPULATION AND CONSENT ORDER TO STAY APPLICATION
## FOR ENTRY OF DEFAULT JUDGMENT

WHEREAS, the defendant John W. Hatch has not appeared to answer the Complaint against him, *in personam*, and;

WHEREAS, plaintiff The CIT Corp. ("CIT"), and defendant John W. Hatch are engaged in discussions to attempt to resolve the disputes and claims between them on an amicable basis without the need for further litigation but have not yet reached an agreement.

Now, therefore, plaintiff CIT, by and through its attorneys, hereby stipulates that any application for entry of a default or a judgment by default against defendant John W. Hatch shall be held in abeyance for an additional period of sixty (60) to permit the parties to pursue further discussions, and

PBH: 177683.1

Plaintiff CIT respectfully requests this Honorable Court to approve this Stipulation as a Consent Order, to stay the action for a period of sixty (60) days, to retain jurisdiction over the action and to permit the plaintiff CIT to reopen the action within sixty (60) days if no settlement is consummated.

Respectfully Submitted,

PALMER BIEZUP & HENDERSON LLP

By: _____
Stephen M. Calder, Esq.(ID # 25894)
956 Public Ledger Building
620 Chestnut Street
Philadelphia, PA 19106-3409
Tele: (215) 625-9900
Fax:  (215) 625-0185

Attorneys for Plaintiff

BY THE COURT:

_____
Donetta W. Ambrose, U.S.D.J.

Dated: 9-16-05